| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC<br>Sharon J. Zinns, Esq.<br>4200 Northside Pkwy NW<br>Building Fourteen, Suite 100<br>Atlanta, GA 30327<br>Email: Sharon.Zinns@BeasleyAllen.com<br>Telephone: (678) 434-9679<br>Fax: (334) 954-7555<br>Attorneys for Plaintiffs<br><br>SZAFERMAN, LAKIND,<br> BLUMSTEIN & BLADER, P.C.<br>Robert E. Lytle, Esq.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, N.J. 08648<br>Email: RLytle@szaferman.com<br>Telephone: (609) 275-0400<br>Fax: (609) 275-4511 | |

| | |
|---|---|
| | Case No. 19-01335-KCF |
| In Re:<br>**Imerys Talc America, Inc.** | Lead Case No: 19-10289-LSS |
| JANET JOHNSON and HERBERT JOHNSON,<br><br>    Plaintiffs,<br>  v.<br><br>BRENNTAG NORTH AMERICA;<br><br>BRENNTAG SPECIALTIES, INC., as successor-in-interest to MINERAL PIGMENT SOLUTIONS, INC., as successor-in-interest to WHITTAKER CLARK & DANIELS, INC.;<br><br>CHANEL, INC.;<br><br>CYPRUS AMAX MINERALS COMPANY, individually and as successor-in-interest to American Talc Company, Metropolitan Talc Company, Inc., Charles Mathieu, Inc., Resource Processors, Inc. and Windsor Minerals, Inc.;<br><br>CYPRUS MINERAL CO., individually and as Successor-in-interest to American Talc Company, | **Chapter 11**<br><br>**Hearing Date: June 4, 2019**<br><br>**Judge:**<br>**Hon. Kathryn C. Ferguson, Chief Judge** |

| |
|---|
| Metropolitan Talc Company, Inc., Charles Mathieu, Inc., Resource Processors, Inc. and Windsor Minerals, Inc.; |
| |
| IMERYS TALC AMERICA, INC., f/k/a Luzenac America, Inc., individually and as successor-in-Interest to Windsor Minerals, Inc.; |
| |
| JOHNSON & JOHNSON; |
| |
| JOHNSON & JOHNSON CONSUMER COMPANIES, INC.; |
| |
| WHITTAKER CLARK & DANIELS, INC., Individually and as successor-in-interest to American Talc Company, Metropolitan Talc Company, Inc., Charles Mathieu, Inc., and Resource Processors, Inc.; |
| |
| JOHN DOE CORPORATIONS 1-50; |
| |
| JOHN DOE CORPORATIONS 51-100; |
| |
|      Defendants. |

## Adjournment Request

1. I, <u>Arnold C. Lakind, Esq.</u>,

    ☒ am the attorney for: <u>Janet Johnson and Herbert Johnson,</u>

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Janet Johnson and Herbert Johnson v. Brenntag North America, et al., Case No. 19-01335-KCF

    Current hearing date and time: <u>June 4, 2019; 10:00 A.M.</u>

    New date requested: <u>June 18, 2019; 10:00 A.M.</u>

    Reason for adjournment request: _Due to the unavailability of Plaintiffs' counsel, we request the court's permission to carry the motions to remand filed in the following cases from June 6th to June 18th: Johnson v. J&J (Case No. 19-01335), Vidalier v. J&J (Case No. 19-01227), and.Kelley-Stramer v. J&J (Case No. 19-01223). A separate adjournment request form is being filed with the court for each case.

2

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: <u>May 28, 2019</u>   <u>s/ Arnold C. Lakind</u>
                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted         New hearing date: _____    ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**