| | |
|---|---|
| UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| NEMEROFF LAW FIRM, PC<br>R. Scott Marshall, Esq. (*Pro Hac Vice* Application forthcoming)<br>Email:scottmarshall@nemerofflaw.com<br>Rick Nemeroff, Esq. (*Pro Hac Vice* Application forthcoming)<br>Email: ricknemeroff@nemerofflaw.com<br>Barrett Naman, Esq. (*Pro Hac Vice* Application forthcoming)<br>Email: barrettnaman@nemerofflaw.com<br>Kelly Koehler, Esq. (*Pro Hac Vice* Application forthcoming)<br>Email: kellykoehler@ nemerofflaw.com<br>12720 Hillcrest Road, Suite 700<br>Dallas, TX 75230<br>Telephone: (214) 774-2258<br>Fax: (214) 393-7897<br>Attorneys for Plaintiff<br><br>**SZAFERMAN, LAKIND,**<br>**BLUMSTEIN & BLADER, P.C.**<br>Arnold C. Lakind. Esq.<br>Robert E. Lytle, Esq.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, N.J. 08648<br>Email: ALakind@szaferman.com<br>       RLytle@szaferman.com<br>Telephone: (609) 275-0400<br>Fax: (609) 275-4511<br>Attorneys for Plaintiff | **Case No. 19-01227-KCF**<br><br>**Lead Case No: 19-10289-LSS**<br><br>**Chapter 11**<br><br>**Hearing Date: June 4, 2019**<br><br>**Judge:**<br>**Hon. Kathryn C. Ferguson, Chief Judge** |

| | |
|---|---|
| **In Re:**<br>**Imerys Talc America, Inc.** | |
| SOPHIA VIDALIER,<br><br>      Plaintiff,<br><br>      v.<br><br>**CYPRUS AMAX MINERALS COMPANY** (sued individually, doing business as, and as successor to AMERICAN TALC COMPANY, METROPOLITAN TALC CO. INC. and CHARLES MATHIEU INC. and SIERRA TALC COMPANY | |

1

and UNITED TALC COMPANY);

**IMERYS TALC AMERICA, INC.** (sued individually and as successor-in-interest to LUZENAC AMERICA, INC. successor-in-interest to CYPRUS INDUSTRIAL MINERALS COMPANY and WINDSOR MINERALS, INC. and METROPOLITAN TALC CO. INC.);

**JOHNSON & JOHNSON**;

**JOHNSON & JOHNSON CONSUMER INC.**, a subsidiary of JOHNSON & JOHNSON;

**JOHN DOE CORPORATIONS 1-50** (fictitious).
　　　　Defendants.

## Adjournment Request

1. I, Arnold C. Lakind, Esq.,
   - ☒ am the attorney for: Sophia Vidalier,
   - ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Sophia Vidalier v. Cyprus Amax Minerals Company, et al., Case No. 19-01227-KCF

   Current hearing date and time: June 4, 2019; 10:00 A.M.

   New date requested: June 18, 2019; 10:00 A.M.

   Reason for adjournment request: Due to the unavailability of Plaintiffs' counsel, we request the court's permission to carry the motions to remand filed in the following cases from June 6th to June 18th: Vidalier v. J&J (Case No. 19-01227), Johnson v. J&J (Case No. 19-01335) and Kelley-Stramer v. J&J (Case No. 19-01223) A separate adjournment request form is being filed with the court for each case.

2. Consent to adjournment:

   ☒ I have the consent of all parties.　　☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 28, 2019                    s/ Arnold C. Lakind
                                      Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted          New hearing date: _____          ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____  ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

3